UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:

REDPOINT CYBERSECURITY LLC,                                  :
:
Plaintiff,                              :
:                          25-cv-2160 (LJL)
-v-                                                  :
:                              ORDER
PNG CYBER, LLC, et al.,                                      :
:
Defendants.                            :
:

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/5/2026

LEWIS J. LIMAN, United States District Judge:

The only remaining defendant in this case, Franklin Duncan, has filed a notice of bankruptcy.  Dkt. No. 37.  This case is accordingly stayed pursuant to 11 U.S.C. § 362.  Plaintiff shall file a status report with the Court every three months from the date of this Order.

SO ORDERED.

Dated: February 5, 2026
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge