

| | | Senior Counsel |
|---|---|---|
| Steven W. Gold | Julia B. Milne | Jack A. Horn |
| Steven G. Mintz* | James W. Kennedy | Noreen E. Cosgrove |
| Jeffrey D. Pollack* | Ryan W. Lawler* | Andrew E. Steckler |
| Elliot G. Sagor | Andrew A. Smith | Alex J. Otchy* |
| Ira Lee Sorkin | Amit Sondhi | David J. Winkler**** |
| Lon Jacobs | Michael Mooney | |
| Steven A. Samide | Timothy J. Quill, Jr. | **Of Counsel** |
| Scott A. Klein | Allison Pridmore | Honorable Vito J. Titone (*dec.*) |
| Robert B. Lachenauer | Victoria F. Muth | *NY State Court of Appeals 1985–1998* |
| Roger L. Stavis | Alexandra K. Keller*** | Harvey J. Horowitz (*dec.*) |
| Howard M. Topaz | Carli M. Aberle | Honorable Howard Miller |
| Philip E. Altman | Zachary J. Turquand | *NY Appellate Div. 1999–2010* [ret.] |
| Charles A. Ross** | Kellyann T. Ryan | Alan Katz |
| Richard M. Breslow | Samuel J. Allaman* | Eric M. Kutner |
| Barry M. Kazan* | Sitie "Esther" Tang | Brian T. Sampson |
| Craig D. Spector* | Benjamin S. Cotler | Erica Nazarian |
| Kevin M. Brown | Halle Preston | Tara Shamroth |
| Alexander H. Gardner | Justin T. Dailey | Jared Van Vleet |
| Heath Loring | | Simone Calzolai+ |
| Peter Guirguis | | |

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in Indiana
****Also admitted in Illinois
+Admitted in Italy and the United Kingdom (Not admitted in the U.S.)

May 1, 2026

**VIA ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Redpoint Cybersecurity LLC v. PNG Cyber LLC*, Case No: 1:25-cv-2160-LJL

Dear Judge Liman,

We represent Plaintiff Redpoint Cybersecurity LLC ("Redpoint") in the above-referenced action.  We write pursuant to the Court's Order (ECF 42), directing Plaintiff to provide status reports to the Court, and to request dismissal of Defendant Franklin D. Duncan, *without prejudice*, pursuant to Fed.R.Civ.Proc. 41(a)(2).

On January 13, 2026, the Court dismissed Defendants PNG Cyber LLC and Francis Brennan (the "Settling Defendants") ECF 39.  The litigation was not dismissed against Defendant Franklin D. Duncan, as he had filed for bankruptcy in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, Case No. 25-52767-MMP on November 14, 2025 (the "Duncan Bankruptcy"), and thus this litigation was stayed against Mr. Duncan under 11 U.S.C. § 362.

The following is a short summary of the history in the Duncan Bankruptcy. On February 2, 2026, Redpoint filed a proof of claim in the Duncan Bankruptcy. On February 13, 2026, the Chapter 7 Trustee filed a Trustee's Report of No Distribution. On February 23, 2026, the bankruptcy case was closed. On March 2, 2026, the Chapter 7 trustee withdrew the No Asset Report. On March 31, 2026, the Trustee filed a motion to reopen the case to "reappoint a Chapter



7 trustee to investigate the estate's potential assets." By Order dated April 28, 2026, the Bankruptcy Court reopened the Duncan Bankruptcy.  By Order dated April 29, 2026, a successor trustee was appointed.

Because the Duncan Bankruptcy has been reopened to recover additional assets, Redpoint's proof of claim will serve as the basis to prosecute its claims against Duncan.  Thus, Redpoint respectfully requests that the Court dismiss the current matter against Defendant Duncan, *without prejudice*, pursuant to Fed.R.Civ.Proc. 41(a)(2).

Respectfully submitted,

*/s/Peter Guirguis*

Peter Guirguis

Defendant Franklin D. Duncan is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

May 5, 2026